| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **Salvador Losavio** | |
| | First Name  Middle Name  Last Name | |
| Debtor 2 | **Scarlet Ann Losavio** | |
| (Spouse if, filing) | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA | |
| Case number (if known) | | ☐ Check if this is an amended filing |

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| 2.1 | **CottonPort Bank**<br>Creditor's Name | **Describe the property that secures the claim:**<br>**6485 LA Hwy 1 Batchelor, LA 70715**<br>**Pointe Coupee County**<br>**House and lot (approximately 3/4 acre)**<br>**surrender** | **$100,311.00** | **$96,160.00** | **$4,151.00** |

**PO Box 530**
**Mansura, LA 71350**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  2017    **Last 4 digits of account number**  8598

Official Form 106D            Schedule D: Creditors Who Have Claims Secured by Property            page 1 of 3
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor 1 | **Salvador Losavio** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Scarlet Ann Losavio** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.2 | **Pelican State Credit Union** | **Describe the property that secures the claim:** | $351.00 | $1,125.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**3232 S Sherwood Forrest Blvd, #A**
**Baton Rouge, LA 70816-4081**

**2006 Ford F150 175,000 miles plates turned into DMV, poor condition, in son's possession**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **3/2015**     **Last 4 digits of account number** _____

---

| 2.3 | **RBS Citizens NA** | **Describe the property that secures the claim:** | $11,476.00 | $11,625.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**480 Jefferson Blvd.**
**Warwick, RI 02886-1359**

**2014 Chrysler 300 120,000 miles (surrender)**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **2/2018**     **Last 4 digits of account number**  **6045**

Debtor 1 **Salvador Losavio**
     First Name    Middle Name    Last Name

Debtor 2 **Scarlet Ann Losavio**
     First Name    Middle Name    Last Name

Case number (if known) _____

---

**2.4** **Wells Fargo Dealer Services**
Creditor's Name

**PO Box 10709**
**Raleigh, NC 27605**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Date debt was incurred**  2/2018

**Describe the property that secures the claim:**
> 2009 Ford Taurus 176,000 miles
> $181.47 per month, current (keep)

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**  2011

$4,926.00    $3,062.50    $1,863.50

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$117,064.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$117,064.00**

---

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Citizens One**
**Consumer Loan Servicing**
**JCB210**
**PO Box 42033**
**Providence, RI 02940-2033**

On which line in Part 1 did you enter the creditor? **2.3**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Roy & Roy**
**A Professional Legal L.L.C.**
**PO Box 363**
**Marksville, LA 71351**

On which line in Part 1 did you enter the creditor? **2.1**
Last 4 digits of account number ___

---