IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| **LOSAVIO, SALVADOR** | **19-12297** |
| **LOSAVIO, SCARLET ANN** | **Section B** |
| DEBTOR(S) | CHAPTER 7 LIQUIDATION |

## TRUSTEE'S PETITION OF DISCLAIMER AND ABANDONMENT

To: The Honorable Jerry A. Brown, Bankruptcy Judge

The petition of the undersigned Trustee of the estate of the above named debtor(s), with respect represents:

On the ground that there is no equity in the hereinafter described property for the estate of the above named debtor(s), over and above such exemptions as may apply thereto, or that if there is any such equity, it is not sufficient to justify administration.

The undersigned Trustee (in her official capacity under Federal law) as representative of the estate of the debtor(s), does by these presents, subject to the approval of this Court (which approval is hereby prayed for), disclaim and abandon all such right, title and interest of the said debtor(s)'s estate in and to the following described property:

Household Goods; Furnishings & Appliances; Wearing Apparel; 6485 LA HWY 1 Batchelor, LA; 2003 Nissan Altima; 1998 Chevy Metro; 2000 Dodge Minivan; 2001 Pontiac Firebird; 12 ft Trailer; Ladders (2); Cordless Drills; Tools; 2003 Chevy Suburban; 2001 Ford F-350 Super Duty; 2009 Ford Taurus; Firearms; Wedding Rings; Misc. Jewelry; Life Insurance; 1992 16ft homemade utility trailer; Stock in Sam's General Construction; 2000 Yamaha MC; 2009 Yamaha 4wheeler; Chickens; Pigg, Rabbits

/s/ Barbara Rivera Fulton
**Barbara Rivera-Fulton**
**Chapter 7 Trustee**
P.O. Box 19980
New Orleans, LA 70719
Telephone No.: (504) 373-5592